**The CLARK CONSTRUCTION**
**GROUP, INCORPORATED,**
**Plaintiff–Appellant,**

v.

**MODERN MOSAIC LTD; St. Paul Fire and Marine Insurance Company, Successor in Interest to: Fidelity and Guaranty Insurance Underwriters, Incorporated, Defendants–Appellees.**

No. 01–1265.

United States Court of Appeals,
Fourth Circuit.

Argued Sept. 26, 2001.

Decided Oct. 17, 2001.

David Bruce Stratton, Jordan, Coyne & Savits, L.L.P., Washington, DC, for appellant. Edward C. Bacon, Bacon, Thornton & Palmer, L.L.P., Lanham, MD, for appellee Modern Mosaic. Stephen Edward Mar-

shall, Venable, Baetjer & Howard, L.L.P., Baltimore, MD, for appellee St. Paul Fire. ON BRIEF: David P. Durbin, Jordan, Coyne & Savits, L.L.P., Washington, DC, for appellant.

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Clark Construction Group, Inc. (Clark) appeals the district court's grant of summary judgment in favor of Modern Mosaic, Ltd. (Modern), a subcontractor of Clark, with respect to Clark's claim that, pursuant to a subcontract agreement between Clark and Modern, Modern is obligated to indemnify it for litigation and settlement expenses that it incurred in connection with the personal injury of Jeffery Glazer, an employee of a lower-tier subcontractor of Modern. Clark also appeals the district court's Rule 12(b)(6) dismissal of its related indemnity claim against St. Paul Fire and Marine Insurance Company. Fed. R.Civ.P. 12(b)(6).

Upon reviewing the parties' briefs and the applicable law, and having had the benefit of oral argument, we find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Clark Constr. Co. v. Modern Mosaic, Ltd.*, No. 00–CV–2331 (D.Md. Nov. 30, 2000 & Jan. 29, 2001).

*AFFIRMED.*